IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01427-PAB-MJW

STACY LOCK,

    Plaintiff,

v.

CITY OF LONGMONT, COLORADO,
LONGMONT POLICE DEPARTMENT,
PAUL BEACH,
PHILLIP PIOTROWSKI,
TYLER SCHALL, and
J. WINSHIP,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court on plaintiff's Motion to Dismiss [Docket No. 19]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Motion to Dismiss [Docket No. 19] is GRANTED. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED December 4, 2014.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge